UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN J. HENRY doing business as TJ Auto Sales; and JAMES K. MOMJIAN, doing business as RGM Motors; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC.; Does 1 through 10,<br><br>Defendants. | CASE NO. 2:09-CV-04534 GW (PJW)<br>2:10-CV-07172-GW (PJW)<br><br>**ORDER TO SHOW CAUSE REGARDING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUIRING PLAINTIFF JAMES K. MOMJIAN TO PERSONALLY APPEAR IN COURT**<br><br>DATE: July 28, 2011<br>TIME: 9:30 a.m.<br>CRTRM.: 10<br><br>JUDICIAL OFFICER: Hon. George H. Wu |

452050v1 tl 7/8/11 1 (2443-0035)

[PROPOSED] ORDER TO SHOW CAUSE REGARDING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUIRING PLAINTIFF JAMES K. MOMJIAN TO PERSONALLY APPEAR IN COURT

# ORDER

On July 7, 2011, the Motion of Defendant, Counterclaimant, and Third Party Plaintiff Manheim Automotive Financial Services, Inc. ("MAFS") To Enforce Settlement Agreement ("Settlement Motion") came on for hearing before the above-entitled Court, The Honorable George H. Wu, United States District Court Judge presiding.  On that same date, the Motion for Order Relieving Initiative Legal Group, APC, and Ram Olson Cereghino & Kopczynski LLP As Counsel of Record for Plaintiff and Counter-Defendant James K. Momjian ("Motion to Withdraw") also came on for hearing.  Appearances were made as noted on the record.  The Settlement Motion, and the Motion to Withdraw, were continued by the Court to July 28, 2011 at 9:30 a.m.  The Court, on its own motion, hereby issues the following order to Plaintiff and Counter-Defendant James K. Momjian ("Mr. Momjian"):

IT IS HEREBY ORDERED that Mr. Momjian shall appear in person and be physically present in Department 10 of the above-entitled court located at 312 North Spring Street, Los Angeles, California 90012, on July 28, 2011 at 9:30 a.m. to show cause, if any, why the Settlement Motion should not be granted.   At that hearing Mr. Momjian may be required to respond under oath to questions posed by the Court and counsel.

IT IS FURTHER ORDERED that, if Mr. Momjian fails to appear in person as ordered herein, then the Court may, without further notice or hearing, grant the Settlement Motion, order the terms of the settlement binding against Mr. Momjian, and dismiss all claims asserted by Mr. Momjian in this action, with prejudice.

IT IS FURTHER ORDERED that Mr. Momjian's current counsel, Initiative Legal Group, APC, shall cause this Order to be served on Mr. Momjian, together with copies of the following documents filed in connection with the Settlement Motion:

/ / /

452050v1 tl 7/8/11 1 (2443-0035)

2

[PROPOSED] ORDER TO SHOW CAUSE REGARDING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUIRING PLAINTIFF JAMES K. MOMJIAN TO PERSONALLY APPEAR IN COURT

- Notice of Motion and Motion to Enforce Settlement Agreement (Docket No. 179);
- Memorandum of Points and Authorities in Support of Motion of Defendant Manheim Automotive Financial Services, Inc. to Enforce Settlement Agreement (Docket No. 180);
- Declaration of Timothy G. Blood in Support of Motion to Enforce Settlement Agreement (Docket No. 181);
- Declaration of Randall A. Smith in Support of Motion to Enforce Settlement Agreement (Docket No. 182);
- Defendant Manheim Automotive Financial Services, Inc.'s Application to File Confidential Settlement Agreement Under Seal (Docket No. 188);
- Confidential Settlement Agreement (Docket No. 189);
- Declaration of Randall A. Smith in Support of Manheim Automotive Financial, Inc.'s Application to File Confidential Settlement Agreement Under Seal (Docket No. 186); and
- Order Granting Application to File Confidential Settlement Agreement Under Seal (Docket No. 190).

**IT IS SO ORDERED.**

Dated: July 11, 2011

*/s/ George H. Wu*

The Honorable George H. Wu
United States District Court Judge

452050v1 tl 7/8/11 1 (2443-0035)

3

[PROPOSED] ORDER TO SHOW CAUSE REGARDING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUIRING PLAINTIFF JAMES K. MOMJIAN TO PERSONALLY APPEAR IN COURT